IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

HARRY TIPTON,

        Petitioner,

v.                              3:09cv517-WS/EMT

KENNETH S. TUCKER,

        Respondent.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

      Before the court is the magistrate judge's report and recommendation docketed January 11, 2012.  See Doc. 35.  The magistrate judge recommends that the petitioner's petition for writ of habeas corpus be dismissed with prejudice as untimely.  The petitioner has filed no objections to the report and recommendation.

      This court having reviewed the magistrate judge's report and recommendation, it is ORDERED:

      1.  The magistrate judge's report and recommendation (doc. 35) is hereby ADOPTED and incorporated by reference into this order.

      2.  The petitioner's petition for writ of habeas corpus is DISMISSED with prejudice as untimely.

      3.  The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice."

4.  A certificate of appealability is denied.

DONE AND ORDERED this     13th     day of      February     , 2012.


                                           s/ William Stafford
                                           WILLIAM STAFFORD
                                           SENIOR UNITED STATES DISTRICT JUDGE